**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAMUEL HEINZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. 3:26-cv-01705<br>Hon. Vernon D. Oliver |

**MOTION FOR KEVIN D. FEDER TO APPEAR PRO HAC VICE**

In accordance with the D. Conn. L. Civ. R. 83.1(e), I, Leah Godesky, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit Kevin D. Feder pro hac vice to the Bar of this Court for the purpose of appearing on behalf of Defendant UnitedHealthcare Insurance Company, Inc. in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have entered an appearance in this case. The filing fee has been paid and I maintain the address listed below.

Dated: October 23, 2026

*<u>/s/ Leah Godesky</u>*
Leah Godesky (Bar No. 30997)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
lgodesky@omm.com

*Counsel for Defendant UnitedHealthcare Insurance Company, Inc.*

# EXHIBIT A

**AFFIDAVIT OF VISITING ATTORNEY**

I, Kevin D. Feder, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | O'Melveny & Myers LLP |
| Address: | 1625 Eye Street, NW<br>Washington, DC 20006 |
| Phone Number: | (202) 383-5300 |
| Fax Number: | (202) 383-5414 |
| Email: | kfeder@omm.com |

b) I am a member of the bar of the following courts or jurisdictions, and I include the corresponding bar identification numbers:

| Court/Jurisdiction | Bar Number *(or indicate if no bar # issued)* |
|---|---|
| U.S. Supreme Court | 297833 |
| U.S. Court of Appeals, Ninth Circuit | N/A |
| U.S. District Court, District of Columbia | 986131 |
| U.S. District Court, Central District of California | N/A |
| U.S. District Court, Northern District of California | N/A |
| U.S. District Court, Eastern District of California | N/A |
| U.S. District Court, Northern District of Florida | N/A |
| District of Columbia | 986131 |
| California | 252347 |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

● has been included with this filing.

○ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this 23rd day of October, 2026.

Kevin D. Feder

# EXHIBIT B

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Kevin D Feder*

*was duly qualified and admitted on February 9, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 22, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

Dated: October 23, 2026

*/s/ Leah Godesky*
Leah Godesky