**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SAMUEL HEINZ,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **UNITEDHEALTHCARE INSURANCE COMPANY, INC.,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No. 3:26-cv-01705-VDO** <br><br><br><br><br><br><br> **October 23, 2026** |

**DEFENDANT UNITEDHEALTHCARE INSURANCE COMPANY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant UnitedHealthcare Insurance Company, Inc. ("UHC"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), respectfully moves for a forty (40)-day extension of time to answer, move, or otherwise respond to the Complaint filed by the Plaintiff, Samuel Heinz, from October 29, 2026 through and including Tuesday, December 8, 2026.

Counsel for UHC has conferred with counsel for Plaintiff and confirmed that Plaintiff does not oppose this Motion. In support of this Motion, UHC states as follows:

1. This case is a putative class action. *See* Class Action ERISA Complaint ¶¶ 37–49 (ECF No. 1) ("Complaint"). Plaintiff brings causes of action under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B) (for alleged denial of benefits) and § 1132(a)(3) (for alleged breach of fiduciary duty) challenging whether plan member responsibility amounts (such as deductibles, copayments, or coinsurance) paid by a third party (in this case a drug manufacturer) must be counted towards the plan member's annual deductible and out-of-pocket limits. *See id.* ¶¶ 50–61.

2. Plaintiff's Complaint was filed with the Court on September 30, 2026.

3. UHC was served with a summons on October 8, 2026. UHC's current deadline to respond to the Complaint is October 29, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. UHC seeks a forty (40)-day extension, until December 8, 2026, of its time to respond to Plaintiff's Complaint.

5. There is good cause for UHC's requested extension. This Motion is filed four business days in advance of UHC's current deadline to respond. UHC's counsel is in the process of gathering information potentially relevant to evaluating Plaintiff's factual allegations. UHC's counsel is also researching the legal issues presented by the Complaint's allegations—including the interplay between federal law and the alleged state insurance regulations and subregulatory guidance cited in the Complaint. The proposed calendar provides sufficient time for counsel's fact investigation and legal analysis, and avoids burdening opposing counsel with litigation demands over the Thanksgiving holiday. Furthermore, counsel for UHC have a number of pre-existing professional commitments and deadlines in the coming weeks, necessitating additional time to respond. These include, but are not limited to:

a. A motion to dismiss due in the United States District Court for the District of Wyoming on November 2, 2026.

b. Depositions for a case in the United States District Court for the Western District of Kentucky on November 9, 2026, and November 10, 2026.

c. An opening appellate brief due in the United States Court of Appeals for the Third Circuit on November 13, 2026.

d. A reply brief in support of a motion to dismiss due in the United States District Court for the Northern District of Illinois on November 19, 2026.

6. This Motion is filed in good faith and not for the purpose of delay, and will not prejudice any party. This is the first motion for an extension of time that UHC has filed with respect to this deadline.

Dated: October 23, 2026

Respectfully submitted,

DEFENDANT
UNITEDHEALTHCARE INSURANCE
COMPANY, INC.

By: /s/ Leah Godesky

O'MELVENY & MYERS LLP
Leah Godesky (Bar No. 30997)
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
lgodesky@omm.com

Meaghan VerGow (*pro hac vice* application forthcoming)
mvergow@omm.com
Kevin Feder (*pro hac vice* application forthcoming)
kfeder@omm.com
Meredith Garagiola (*pro hac vice* application forthcoming)
mgaragiola@omm.com
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses on file with the Court.

Dated: October 23, 2026

*/s/ Leah Godesky*
Leah Godesky